Thomas Shane **MATHERLY,**
**Petitioner–Appellant,**

v.

**WARDEN, FCI BUTNER I,**
**Respondent–Appellee.**

No. 14–7258.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 23, 2014.

Thomas Shane Matherly, Appellant Pro Se. Christina Ann Kelley, Bureau of Prisons, Butner, North Carolina; Rudolf A. Renfer, Jr., Assistant United States Attorney, Denise Walker, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Shane Matherly, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Matherly v. Warden*, No. 5:14–hc–02036–BR (E.D.N.C. Aug. 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*